**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

IN THE MATTER OF:
GERALD E. SCHAFT &                          CHAPTER 13
CARLA J. SCHAFT                             CASE NO:  12-32965
      Debtors.

_____

GERALD E. & CARLA J. SCHAFT,
                                           AP No:  12-03285-dof
      Plaintiffs,

v.

Internal Revenue Service and Michigan Department of Treasury
      Defendants.

_____

### ORDER TO ENTER PARTIES' STIPULATION PARTIALLY RESOLVING ADVERSARY PROCEEDING

Pursuant to the stipulation between the parties:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.  The following described real property [the "Mapleview Court Property"] will be subject to a valuation under 11 U.S.C. § 506(a):

    The following described premises situated in the Township of Davison, County of Genesee and State of Michigan, to-wit:

    Lot 103, Woodridge Farms No.3, according to the plat thereof as recorded in Instrument #200108270085203, Genesee County Records.

    Parcel ID Number: 05-20-530-022
    Commonly known as 2207 Mapleview Ct., Davison, MI 48423

2.  The Internal Revenue Service's liens will remain on the Mapleview Court Property at least until the debtors receive a discharge in the above-captioned bankruptcy case.

3.  After successful completion of the plan and discharge, the liens of the Internal Revenue Service on the Mapleview Court Property shall be discharged to the extent that the underlying debt is dischargeable.
    .

```
Signed on May 21, 2013
```

```
                              /s/ Daniel S. Opperman
                         _____
                              Daniel S. Opperman
                              United States Bankruptcy Judge
```

4.